Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for the Plaintiff
Sindi Sharbono

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Sindi Sharbono, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>Aurora Bank FSB,<br><br>Defendant. | CASE NO.: 10-CV-02520- JM(NLS)<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO SINDI SHARBONO AND WITHOUT PREJUDICE AS TO ANY PUTATIVE CLASS CLAIMS**<br><br>HON. JEFFREY T. MILLER |
|---|---|

     Plaintiff SINDI SHARBONO (hereinafter "Plaintiff") and Defendant, AURORA BANK FSB. (herein after "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the action with prejudice as to Sindi Sharbono and without prejudice as to the putative class, and in support of this Motion hereby say:

1. The Parties have reached a settlement of this action.

2. The Parties to the litigation have entered into this Joint Motion.

3. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and Defendant.

4. The Parties agree that this Court can proceed to dismiss the action with prejudice as to Plaintiff Sindi Sharbono and without prejudice as to any putative class claims.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice as to Sindi Sharbono and without prejudice as to any putative class claims.

Dated: June 15, 2011        **HYDE & SWIGART**

/s/Joshua B. Swigart
Joshua B. Swigart
Attorneys for the Plaintiff

Dated: June 15, 2011        **LOCKE LORD BISSELL & LIDDELL**

/s/J. Matthew Goodin
J. Matthew Goodin
Attorneys for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to J. Matthew Goodin, counsel for Defendant, and that I have obtained Mr. Goodin's authorization to affix his electronic signature to this document.

Dated: June 15, 2011        **HYDE & SWIGART**

/s/Joshua B. Swigart
Joshua B. Swigart
Attorneys for the Plaintiff