# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sindi Sharbono, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Aurora Bank FSB,<br><br>　　　　　Defendant. | **CASE NO.: 10-CV- 02520-JM (NLS)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO SINDI SHARBONO AND WITHOUT PREJUDICE AS TO ANY PUTATIVE CLASS CLAIMS**<br><br>**HON. JEFFREY T. MILLER** |

　　　Based upon the Parties Joint Motion For Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to Sindi Sharbono and without prejudice as to any putative class claims.

IT IS SO ORDERED.

Dated: June 16, 2011

　　　　　　　　　　　　　　　　　　　_/s/ Jeffrey T. Miller_
　　　　　　　　　　　　　　　　　　　HON. JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

Hyde & Swigart, San Diego, California